# United States District Court

for

## WESTERN DISTRICT OF TEXAS - WACO



## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Christopher David Allen**         Case Number: **W-003-CR-132(01)**

Name of Sentencing Judicial Officer: **Chief United States District Judge Walter S. Smith, Jr.**

Date of Original Sentence: **March 25, 2004**

Original Offense: **Influencing, Impeding or Retaliating Against a Federal Official by Threats, in violation of 18 U.S.C. § 115 (a)(1)(B) and (b)(4)**

Original Sentence: **10 months in the custody of the United States Bureau of Prisons; 3 year term of supervised release; $100.00 special assessment ($100.00 balance); $1,000.00 fine ($1,000.00 balance).**

Maximum Term of Imprisonment Upon Revocation: **Not more than 2 years**

Type of Supervision: **Supervised Release**         Date Supervision Commenced: **April 14, 2006**

Assistant United States Attorney: **Gregory S. Gloff**         Defense Attorney: **John Cabaniss**

## PREVIOUS COURT ACTION

June 26, 2013, a 12C was filed for Failure to Report and a Warrant was issued. Warrant withdrawn on November 12, 2013, and Supervised Release was continued for three hundred and thirty six (336) days.

## PETITIONING THE COURT

[X] To issue a warrant         [ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number 1:**   **Nature of Non-Compliance**: The defendant violated Standard Condition Number 2; in that, he failed to submit his monthly supervision report for the months of April, May, June, and July 2014.

**Violation Number 2:**   **Nature of Non-Compliance**: The defendant violated Standard Condition Number 3; in that, he failed to follow the instructions of the Probation Officer to report on March 27, 2014.

**Violation Number 3:**   **Nature of Non-Compliance**: The defendant violated Standard Condition Number 6; in that, in January 2014, the defendant moved from a church program to a private residence without notifying his Probation Officer 10 days prior to the move. His current whereabouts are unknown.

**Violation Number 4:**   **Nature of Non-Compliance**: The defendant violated Standard Condition Number 11; in that, he failed to notify the Probation Officer within 72 hours of his arrest by Huntington Beach Police Department on February 8, 2014, Fullerton Police Department on April 10, 2014, and Anaheim Police Department on July 10, 2014.

Approved by:
*LaDonna Jackson Reyna*
LaDonna Jackson Reyna
Supervising U. S. Probation Officer
Date: July 29, 2014

Respectfully submitted,
*Christina Perez*
Christina Perez
U. S. Probation Officer Assistant
Date: July 31, 2014

---

THE COURT ORDERS:

☐ No Action

☑ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

*Walter S. Smith*
Walter S. Smith, Jr.
United States District Judge

Date   8/4/14