AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

United States of America
v.

CHRISTOPHER DAVID ALLEN
*Defendant*

) 
) Case No.   W-03-CR-132 (01)
)
)
)
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Christopher David Allen                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☒ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
See Probation Violation Petition

Date:   8/4/13

*Issuing officer's signature*

City and state:   Waco, Texas                Walter S. Smith Jr., United States District Judge
                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                                      _____ *Arresting officer's signature* |
|                                                                            _____ *Printed name and title* |