FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER DAVID ALLEN,<br><br>Defendant. | Case No. SA 14-345M  6:03-CR-132<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Western District of Texas, for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

Minimal available bail resources; instant allegations and prior violations of supervised release suggest lack of amenability to supervision.

1    and
2  B.  ( X ) The defendant has not met his burden of establishing by clear and convincing
3       evidence that he is not likely to pose a danger to the safety of any other person or the
4       community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:
5       Lengthy criminal history; previous violations of supervised release; instant
6       allegations suggest lack of amenability to supervision.
7       IT THEREFORE IS ORDERED that the defendant be detained pending further
8  proceedings and/or transfer to the charging district.

10 Dated:  Sept. 23, 2014

                                        DOUGLAS F. McCORMICK
                                        United States Magistrate Judge